Action by Lawrence Stevens against William McAdoo and others. M. Steinbrink, for appellant. T. Farley, for respondents. No opinion. Order granting leave to appeal to the Court of Appeals vacated and set aside, and application for such leave denied. Order filed.

STRAITT, Respondent, v. STRAITT, Appellant. (Supreme Court, Appellate Division, Third Department. November 14, 1906.) Action by John S. Straitt against Lulu M. Straitt. No opinion. Judgment unanimously affirmed, without costs.

STROHMAN, Respondent, v. FREDERICK J. W. BURSCH CO., Appellant. (Supreme Court, Appellate Division, Second Department. November 16, 1906.) Action by George L. Strohman against the Frederick J. W. Bursch Company. No opinion. Order affirmed, with $10 costs and disbursements, upon the authority of Schun v. Brooklyn Heights R. R. Co., 82 App. Div. 560, 81 N. Y. Supp. 859.

STURGES v. WALKER, et al. (Supreme Court, Appellate Division, First Department. December 14, 1906.) Action by Alice H. Sturges against Ida J. Walker and others. No opinion. Motion denied, with $10 costs. Order filed.

STURGES v. WALKER. (Supreme Court, Appellate Division, First Department. December 28, 1906.) Action by Alice H. Sturges against Ida J. Walker. No opinion. Motion denied, with $10 costs. Order filed.

SWEENEY, Respondent, v. BROOKLYN HEIGHTS R. CO., Appellant. (Supreme Court, Appellate Division, Second Department. November 16, 1906.) Action by Nora Sweeney against the Brooklyn Heights Railroad Company. No opinion. Order of the County Court of Kings County, setting aside and vacating judgment and granting new trial affirmed, with costs.

SWEET, Respondent, v. PERKINS et al., Appellants. (Supreme Court, Appellate Division, Fourth Department. November 14, 1906.) Action by Oscar H. Sweet against Charles H. Perkins and others.

PER CURIAM. Order denying motion for new trial on the ground of fraud and deceit practiced by plaintiff at the trial affirmed, with $10 costs and disbursements. See 101 N. Y. Supp. 163.

McLENNAN, P. J., and NASH, J., dissent.

TAMBURRO v. EAGLE TRUCKING CO. (Supreme Court, Appellate Division, First Department. November 5, 1906.) Action by Francisco Tamburro against the Eagle Trucking Company.

PER CURIAM. Judgment and order affirmed, with costs.

LAUGHLIN, J., dissents.

TANNER, Appellant, v. CRAWFORD, Respondent. (Supreme Court, Appellate Division, Third Department. November 14, 1906.) Action by William Warren Tanner, as administrator de bonis non of Warren W. Tanner, deceased, against Eunice Crawford, as administratrix of Joshua Tanner, deceased.

PER CURIAM. Judgment unanimously affirmed, with costs.

COCHRANE, J., not sitting.

TEFFT, Respondent, v. GREENWICH & J. RY. CO. et al., Appellants. (Supreme Court, Appellate Division, Third Department. November 14, 1906.) Action by Nathan B. Tefft against the Greenwich & Johnsonville Railway Company and Isaac C. Blandy.

PER CURIAM. Judgment affirmed, with costs.

SMITH, J., dissents.

TELEPHONINE CO. v. DOUTHITT. (Supreme Court, Appellate Division, First Department. November 5, 1906.) Action by the Telephonine Company against John F. Douthitt. No opinion. Motion denied, with $10 costs. Order filed.

TERRELL v. TERRELL (two cases). (Supreme Court, Appellate Division, First Department. December 28, 1906.) Actions by Estelle E. R. Terrell against Alan G. Terrell, and Alan G. Terrell against Estelle E. R. Terrell. No opinions. Motions denied.

THORNE et al., Respondents, v. CAREY et al., Appellants. (Supreme Court, Appellate Division, Second Department. November 16, 1906.) Action by Richard Van Wyck Thorne and another against Henry T. Carey and others, executors, etc. No opinion. Order affirmed, with $10 costs and disbursements.

THYSON v. THYSON et al. (two cases). (Supreme Court, Appellate Division, First Department. December 7, 1906.) Actions by Emily F. Thyson against Frederick C. Thyson and others. No opinion. Motions denied.

TIERNAN, Respondent, v. MACK, Appellant. (Supreme Court, Appellate Division, Fourth Department. November 21, 1906.) Action by John Tiernan against Norman E. Mack. No opinion. Order affirmed, with $10 costs and disbursements, but without prejudice to defendant's right to move at Special Term to open his default as matter of favor.

TOBIN, Appellant, v. METROPOLITAN ST. RY. CO., Respondent. (Supreme Court, Appellate Division, First Department. November 16, 1906.) Action by Thomas Tobin against the Metropolitan Street Railway Company. J. H. Seymour, for appellant. C. F. Brown, for respondent. No opinion. Judgment and order affirmed, with costs. Order filed.

TOMES, Respondent, v. KLEBOLD, Appellant, et al. (Supreme Court, Appellate Division, Second Department. November 16, 1906.) Ac-